```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  GRANT B. RABEEN
    Assistant U.S. Attorneys
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
```

FILED
APR 17 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:13-CR-136 AWI/BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER RE: MOTION TO UNSEAL INDICTMENT |
| SARTIH CHIM, et al., | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on April 11, 2013 be unsealed.

DATED: 4-17-13

_____
U.S. MAGISTRATE JUDGE

2