# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:13-CR-00136-AWI-BAM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER STAYING DEFENDANTS' |
| ) | PRE-TRIAL ORDER OF |
| DAVID RUEM, ) | RELEASE DURING PENDENCY OF, |
| ) | GOVERNMENT'S MOTION TO REVOKE |
| ) | PRE-TRIAL ORDER OF RELEASE |
| Defendant. ) | PURSUANT TO 18 U.S.C. 3145(a) |
| ) | |

BASED UPON the motion to revoke the pre-trial order of release of defendant DAVID RUEM and to stay the order of release during the pendency of its motion pursuant to 18 U.S.C. § 3145(a), dated April 22, 2013, this Court having original juridiction over the offenses charged by Indictment in this case, and good cause appearing,

IT IS HEREBY ORDERED that the pre-trial order of defendant DAVID RUEM's release on the posting of an unsecured bond IS HEREBY STAYED.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a warrant for the arrest of DAVID RUEM.

IT IS FURTHER ORDERED that the hearing on this motion will be held on May 1, 2013 @ 10:00 a.m. before Senior District Judge Anthony W. Ishii, Courtroom No. 2, oh the 8th floor, 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

Date: April 23, 2013            /s/ Anthony W. Ishii

                                                                 United States Senior District Judge