1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6    United States of America

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9
                                    )  1:13-cr-00136-AWI-BAM
10 UNITED STATES OF AMERICA,         )
                                     )
11           Plaintiff,              )
                                     )  **STIPULATION AND PROTECTIVE**
12                                   )  **ORDER BETWEEN THE UNITED**
        v.                           )  **STATES AND DEFENDANT CINDY**
13                                   )  **DOEUM COMILANG**
                                     )
14 CINDY DOEUM COMILANG,             )
                                     )
15                                   )
             Defendant.               )
16 _____  )

17
        WHEREAS, the discovery in this case is voluminous and contains a
18
   large amount of personal and confidential information including but not
19
   limited to Social Security numbers, dates of birth, bank account
20
   numbers, telephone numbers, and residential addresses ("Protected
21
   Information"); and
22
        WHEREAS, the parties desire to avoid both the necessity of large
23
   scale redactions and the unauthorized disclosure or dissemination of
24
   this information to anyone not a party to the court proceedings in this
25
   matter;
26
        The parties agree that entry of a stipulated protective order is
27
   appropriate.
28

| | |
|---|---|
| 1 | THEREFORE, Defendant Cindy Doeum Comilang ("Defendant"), by and |
| 2 | through his counsel of record, H. Dean Steward ("Defense Counsel"), and |
| 3 | the United States of America, by and through Assistant United States |
| 4 | Attorney Grant B. Rabenn, hereby agree and stipulate as follows: |
| 5 | 1. This Court may enter a protective order pursuant to Rule 16(d) |
| 6 | of the Federal Rules of Criminal Procedure, and its general supervisory |
| 7 | authority. |
| 8 | 2. This Order pertains to all discovery provided to or made |
| 9 | available to Defense Counsel as part of discovery in this case |
| 10 | (hereafter, collectively known as "the discovery"). |
| 11 | 3. By signing this Stipulation and Protective Order, Defense |
| 12 | Counsel agrees not to share any documents that contain Protected |
| 13 | Information with anyone other than Defense Counsel attorneys, designated |
| 14 | defense investigators, and support staff. Defense Counsel may permit |
| 15 | Defendant to view unredacted documents in the presence of his attorney, |
| 16 | defense investigators, and support staff. The parties agree that |
| 17 | Defense Counsel, defense investigators, and support staff shall not |
| 18 | allow Defendant to copy Protected Information contained in the |
| 19 | discovery. The parties agree that Defense Counsel, defense |
| 20 | investigators, and support staff may provide Defendant with copies of |
| 21 | documents from which Protected Information has been redacted. |
| 22 | 4. The discovery and information therein may be used only in |
| 23 | connection with the litigation of this case and for no other purpose. |
| 24 | The discovery is now and will forever remain the property of the United |
| 25 | States of America ("Government"). Defense Counsel will return the |
| 26 | discovery to the Government or certify that it has been shredded at the |
| 27 | conclusion of the case. |
| 28 | 5. Defense Counsel will store the discovery in a secure place and |

will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

8. Defense Counsel reserves the right to later seek to have the terms of this Order modified or revoked. Defense Counsel agrees to return the discovery to the Government in its complete form if the terms of this Order are modified or revoked if so requested by the United States.

IT IS SO STIPULATED.

DATED: May 2, 2013          BENJAMIN B. WAGNER
                            United States Attorney

                    By:     /s/ Grant B. Rabenn
                            GRANT B. RABENN
                            Assistant U.S. Attorney

DATED: May 2, 2013  By:     /s/ H. Dean Steward
                            H. DEAN STEWARD
                            Attorney for Defendant

IT IS SO ORDERED.

Dated: May 2, 2013

SENIOR DISTRICT JUDGE