IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DAVID RUEM ) <br> ) <br> Defendant. ) | No CR-13-136-AWI <br><br> ORDER OF RELEASE |

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH, under the conditions of release set by the District of Washington Court.

DATED: 5-28-13

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1