UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SARITH CHIM,<br><br>    Defendant. | No. 1:13-cr-00136 AWI BAM<br><br>**ORDER RECONVEYING PROPERTY BOND** |

As the documents offered in support of the property bond in this matter do not comply with the Court's requirements. IT IS HEREBY ORDERED that the property bond posted, Deed of Trust #2013000511039, in the amount of $60,000 secured by equity in property owned by Poun Keo and Trisha R. Keo for defendant Sarith Chim, be reconveyed.

IT IS SO ORDERED.

Dated: September 12, 2013      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1