# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 2 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:13CR0136
Loc Huu Chau )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Loc Huu Chau_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the Home Detention component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments to BI Monitoring until her monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  
Signature of Defendant      Date
Loc Huu Chau

_____  Pretrial Services Officer
Services/Probation Officer       Date 11-21-13
Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____  
Signature of Assistant United States Attorney       Date 11/21/13
Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  
Signature of Defense Counsel       Date 11-22-13
Daniel Harralson

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on 11/22/13
[ ] The above modification of conditions of release is *not* ordered.

_____  
Signature of Judicial Officer       Date 11/22/13
cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services