ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
SARITH CHIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br><br><br>SARITH CHIM,<br><br>       Defendant. | Case No.: 1:13-CR-00136-AWI<br><br>STIPULATION AND ORDER PERMITTING DEFENDANT TO TRAVEL TO THE CENTRAL DISTRICT OF CALIFORNIA |

On April 22, 2013, defendant Sarith Chim made his initial appearance before this Court on an indictment filed in the Eastern District of California charging him with conspiracy to manufacture, distribute, and possess with intent to distribute a controlled substance, structuring conspiracy, and structuring.  Mr. Chim was released on a Property Bond in September 2013 and in the custody of a third party, Ms. Sarong Chao, under conditions set by this Court. Two such conditions are that the Defendant may not travel outside of Tulare, Kern, Kings, Fresno, and Madera Counties without the Court's permission and is participating in Home Detention with GPS

tracking.

Mr. Chim wishes to travel by car to Long Beach with his custodian, Sarong Chao, to pick-up his step-son at his mother's residence.

The City of Long Beach is in the Central District of California and is outside the travel restrictions under Mr. Chim's current conditions of release. United States Pretrial Services Officer Monty Olson has advised defense counsel that he does not object to a modification of Mr. Chim's release conditions to permit him to travel to and from the Central District of California provided that he first obtain permission from the Court and complies with any restrictions that Pretrial Services may impose on such travel.

Accordingly, the parties agree and stipulate that Mr. Chim's conditions of release should be modified as follows: Mr. Chim shall be permitted to travel by car to and from the Central District of California, at approximately 6:00 p.m. on Saturday, November 30, 2013, and returning by 12:00 p.m. on Monday, December 2, 2013, with the advance permission of, and as directed by, Pretrial Services.

**IT IS SO STIPULATED**.

Dated: November 26, 2013        */s/ Grant Rabenn*
                                Assistant United States
                                Attorney


Dated: November 26, 2013        */s/ Anthony P. Capozzi*
                                Anthony P. Capozzi
                                Attorney for
                                SARITH CHIM

## ORDER

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows: The Defendant shall be permitted to travel by car to and from the Central District of California, at **approximately 6:00 p.m. on Saturday, November 30, 2013, and returning at approximately 12:00 p.m. on Monday, December 2, 2013,** with the advance permission of, and as directed by, Pretrial Services. All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: ___November 27, 2013___     _____
                                         SENIOR DISTRICT JUDGE